IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS McCLINTOCK,<br>        Plaintiff | :   No. 3:20cv1548<br>:<br>:   (Judge Munley) |
| v. | : |
| ATTORNEY GENERAL MERRICK<br>B. GARLAND, U.S. DEPARTMENT OF<br>JUSTICE,<br>        Defendant | :<br>:<br>:<br>: |

............................................................................................................................

**ORDER**

**AND NOW**, this 17th day of September 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that the defendant's motion for summary judgment (Doc. 35) is **DENIED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court